## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| WYESHA WATTS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AURORA CHICAGO LAKESHORE HOSPITAL, LLC, d/b/a CHICAGO LAKESHORE HOSPITAL; SIGNATURE HEALTHCARE SERVICES, LLC; KRONOS, INC.,<br><br>Defendants. | No. 1:17-cv-07713<br><br>Hon. Andrea R. Wood<br><br>Magistrate Judge Hon. Sidney I. Schenkier |

## NOTICE OF FILING

To: Mary A. Smigelski  
Jeffrey S. Ranen  
William C. Sung  
LEWIS BRISBOIS BISGAARD & SMITH LLP  
550 West Adams Street, Suite 300  
Chicago, Illinois 60661  
T: 312.345.1718  
Mary.Smigelski@lewisbrisbois.com  
Jeffrey.Ranen@ lewisbrisbois.com  
William.Sung@ lewisbrisbois.com  

Joseph A. Strubbe  
Frederic T. Knape  
Zachary J. Watters  
VEDDER PRICE P.C.  
222 N. LaSalle Street  
Chicago, IL 60601-1003  
jstrubbe@vedderprice.com  
fknape@vedderprice.com  
zwatters@vedderprice.com  

PLEASE TAKE NOTICE that on January 4, 2018, the attached JOINT INITIAL STATUS REPORT was filed electronically on behalf of the Plaintiff with the United States District Court for the Northern District of Illinois.

Respectfully submitted,

*/s/ Haley R. Jenkins*
One of the Attorneys for Plaintiffs
STEPHAN ZOURAS, LLP
205 N. Michigan Avenue, Suite 2560
Chicago, IL 60601
Telephone: 312-233-1550

## **CERTIFICATE OF SERVICE**

I, the attorney, hereby certify that on January 4, 2018 I electronically filed the attached with the Clerk of the Court using the ECF system which will send such filing to all attorneys of record.

                                                     */s/ Haley R. Jenkins*