IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WYESHA WATTS, individually, and on behalf of all others similarly situated, )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>AURORA CHICAGO LAKESHORE HOSPITAL, LLC, d/b/a CHICAGO LAKESHORE HOSPITAL; SIGNATURE HEALTHCARE SERVICES, LLC; KRONOS, INC., )<br>)<br>**Defendants.** ) | Case No. 1:17-cv-07713<br><br>Honorable Andrea R. Wood |

## AMENDED NOTICE OF MOTION

To: Mary A. Smigielski  Joseph A. Strubbe
 Jeffrey S. Ranen  Frederic T. Knape
 William C. Sung  Zachary J. Watters
 LEWIS BRISBOIS BISGAARD &  VEDDER PRICE, P.C.
 SMITH LLP  222 N. LaSalle Street
 550 West Adams Street, Suite 300  Chicago, Illinois 60601
 Chicago, Illinois 60661  jstrubbe@vedderprice.com
 T: 312.345.1718  fknape@vedderprice.com
 Mary.Smigielski@lewisbrisbois.com  zwatters@vedderprice.com
 Jeffrey.Ranen@ lewisbrisbois.com
 William.Sung@ lewisbrisbois.com

PLEASE TAKE NOTICE that on **Tuesday, January 16, 2018 at 9:00 a.m**. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Andrea R. Wood or any judge sitting in her stead, in the courtroom usually occupied by her at 219 South Dearborn, Chicago, Illinois, Room 1925, and present **PLAINTIFF'S MOTION AND MEMORANDUM IN SUPPORT OF REMAND TO STATE COURT.**

Respectfully submitted,

*/s/ Haley R. Jenkins*
Attorneys for Plaintiff
STEPHAN ZOURAS, LLP
205 N. Michigan Avenue, Suite 2560
Chicago, IL 60601
Telephone: 312-233-1550
hjenkins@stephanzouras.com
rstephan@stephanzouras.com

## **CERTIFICATE OF SERVICE**

I, an attorney, hereby certify that on January 9, 2018, a true and correct copy of the attached was electronically filed via this Court's CM/ECF system which will send notification of such filing to the listed attorneys of record.

*/s/ Haley R. Jenkins*