**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| WYESHA WATTS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 17-cv-07713 |
| v. | ) | |
| | ) | Judge Andrea R. Wood |
| AURORA CHICAGO LAKESHORE | ) | |
| HOSPITAL LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

    Pursuant to the parties' stipulation to remand [63], the Clerk is directed to remand this case to the Circuit Court of Cook County, Illinois. All pending motions and hearing dates are stricken. Civil case terminated.

Dated: June 4, 2018

                                                                         Andrea R. Wood
                                                                         United States District Judge